JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMIAN STEVE RUVALCABA,<br><br>Plaintiff,<br><br>v.<br><br>BAMBOO INSURANCE SERVICES LLC, et al.,<br><br>Defendants. | Case No.  EDCV 21-1822-GW-KKx<br><br>**ORDER TO DISMISS WITH PREJUDICE REMAINING DEFENDANT CATLIN INSURANCE COMPANY, INC.** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety as to remaining Defendant Catlin Insurance Company, Inc. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: June 23, 2022

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE